No. 330. RED TOP SUPER MARKETS, INC. ET AL. *v.* FINDLEY. C. A. 5th Cir. Certiorari denied. *E. Albert Pallot* for petitioners. *John P. Booth* and *Frank J. O'Connor* for respondent.

No. 332. EDWARDS ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *Fritz Lanham Lyne* for petitioners. *Solicitor General Perlman, David P. Findling, Mozart G. Ratner* and *Bernard Dunau* for respondent.

No. 338. CARTER OIL CO. *v.* McCASLAND ET AL. C. A. 10th Cir. Certiorari denied. *Villard Martin, Forrest M. Darrough* and *Alfred Stevenson* for petitioner. *C. D. Cund* for respondents.

No. 340. JULIUS HYMAN & CO. ET AL. *v.* VELSICOL CORPORATION. Supreme Court of Colorado. Certiorari denied. *Claude Pepper* for petitioners. *Floyd E. Thompson, Clyde E. Shorey* and *John R. Coen* for respondent.

No. 343. EHRHORN *v.* INTERNATIONAL MATCH REALIZATION CO., LTD. C. A. 2d Cir. Certiorari denied. *David M. Palley* for petitioner. *Charles W. McConaughy* for respondent.

No. 347. ELLIS, RECEIVER, *v.* CATES. C. A. 4th Cir. Certiorari denied. *Charles William Freeman* for petitioner. *Solicitor General Perlman, Assistant Attorney General Underhill, Roger P. Marquis* and *Fred W. Smith* for respondent.

No. 348. ELLIS *v.* GIRARD TRUST CO., TRUSTEE. Supreme Court of Pennsylvania, Eastern District. Certi-